UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

BRAIN BENNETT,

    Plaintiff,

v.

                                    Case No: 3:22-cv-00440

LIFE INSURANCE COMPANY
OF NORTH AMERICA and
NEW YORK LIFE INSURANCE
COMPANY,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Brian Bennett, by counsel, and Defendants, Life Insurance Company of North America and New York Life Insurance Company, by counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing its own costs and attorney's fees.

                        Respectfully submitted,

| | |
|---|---|
| /s/ John V. Tucker | /s/ Marcie Bradley |
| JOHN V. TUCKER, ESQUIRE | MARCIE BRADLEY, ESQUIRE |
| TUCKER DISABILITY LAW, P.A. | ROBINSON, SMITH & WELLS, PLLC |
| Florida Bar #0899917 | Florida Bar # 028222 |
| 5235 16th Street North | 633 Chestnut Street, Suite 700 |
| St. Petersburg, FL 33703 | Chattanooga, TN 37450 |
| Tel.: (727) 572-5000 | Telephone: (423) 665-529 |
| Fax: (727) 571-1415 | mbradley@rswlaw.com |
| tucker@tuckerdisability.com | Attorney for Defendant |
| Attorney for Plaintiff | |